Daniel H. Silverman (*pro hac vice pending*)
COHEN MILSTEIN SELLERS & TOLL PLLC
769 Centre Street, Suite 207
Boston, MA 02130
Telephone: (202) 408-4600
dsilverman@cohenmilstein.com
*Counsel for Plaintiffs Don Copeland, Joseph Murray, Carol Smith, Patrick Whitney, Phillip Hague, Denise Fotis, Roxann Doriott, Bruce Mims, Lori Ably, Timothy Brown, Peter Costas, and Mike Ballard*
*And Proposed Lead Counsel for Indirect Purchaser Class*

Sarah Grossman-Swenson (SBN 259792)
Kimberley C. Weber (SBN 302894)
MCCRACKEN STEMERMAN & HOLSBERRY LLP
475 14th Street, Suite 1200
Oakland, CA 94612
(415) 597-7200
sgs@msh.law
kweber@msh.law

*Local Counsel for Plaintiffs*
[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON COPELAND, JOSEPH MURRAY, CAROL SMITH, PATRICK WHITNEY, PHILLIP HAGUE, DENISE FOTIS, ROXANN DORIOTT, BRUCE MIMS, LORI ABLY, TIMOTHY BROWN, PETER COSTAS, AND MIKE BALLARD, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC.,<br><br>Defendants. | Case No. 4:23-cv-02087-HSG<br><br>**JOINT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; DECLARATION IN SUPPORT;**<br>**[PROPOSED] ORDER**<br><br>[Civil L.R. 3-12 & 7-11] |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 3-12, Plaintiffs Don Copeland, Joseph Murray, Carol Smith, Patrick Whitney, Phillip Hague, Denise Fotis, Roxann Doriott, Bruce Mims, Lori Ably, Timothy Brown, Peter Costas, and Mike Ballard ("*Copeland* Plaintiffs") hereby move to relate the following cases to this case:

**(1) Title and Case Number of Each Apparently Related Case:**

*Portable Power, Inc. v. Energizer Holdings, Inc., et al.*
Case No. 23-cv-02091-DMR
United States District Court of the Northern District of California

*Kimberly Schuman, et al. v. Energizer Holdings, Inc., et al.*
Case No. 23-cv-02093-BLF
United States District Court of the Northern District of California

**(2) Brief Statement of the Relationship of the Actions**

The three cases concern the same Defendants, transactions, and events. Plaintiffs in all three cases have alleged the same scheme between Energizer, the largest manufacturer of disposable batteries sold in the U.S., and Walmart, the largest retailer of disposable batteries in the U.S., to inflate both wholesale and retail prices for disposable batteries and disposable-battery-dominated lighting products (Battery Products) above competitive levels in violation of antitrust and consumer protection laws.

In the current action, the *Copeland* Plaintiffs have filed their claims on behalf of a class of indirect purchasers of Battery Products from retailers other than Walmart, while *Portable Power* has filed on behalf of a class of direct purchasers of Battery Products from Energizer, and the Schuman Plaintiffs have filed on behalf of a class of direct purchasers of Battery Products from Walmart. The cases will focus on the same conduct by Defendants, will involve many of the same factual and legal issues, and the discovery sought from Defendants is likely to be the same or very similar.

Thus, it appears likely that there will be an unduly burdensome duplication of labor and expense, as well as the potential for conflicting results, if the cases are conducted before different Judges.

**(3) Declaration regarding Stipulation**

Defendants have not yet appeared in this matter, and thus, Plaintiffs are unable to obtain their stipulation to relate the other cases, but counsel for both Defendants have indicated that they do not object to Plaintiffs' motion to relate the case. Silverman Dec. at ¶¶ 4-5. Counsel for Portable Power and the *Schuman* Plaintiffs also agree the other cases are related. *Id.* ¶ 6.

Dated:  May 16, 2023

Respectfully Submitted,

*I attest that each of the other signatories have concurred in the filing of this document.*

By: /s/*Sarah Grossman-Swenson*
Sarah Grossman-Swenson (SBN 259792)
Kimberley C. Weber (SBN 302894)
MCCRACKEN STEMERMAN & HOLSBERRY LLP
475 14th Street, Suite 1200
Oakland, CA 94612
(415) 597-7200
sgs@msh.law
kweber@msh.law

*Local Counsel for Copeland Plaintiffs*

Daniel H. Silverman (*pro hac vice pending*)
Cohen Milstein Sellers & Toll PLLC
769 Centre Street, Suite 207
Boston, MA 02130
Tel: (202) 408-4600
Fax: (202) 408-4699
dsilverman@cohenmilstein.com

Leonardo Chingcuanco (*pro hac vice forthcoming)*
(SBN 308640)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
lchingcuanco@cohenmilstein.com

*Counsel for Copeland Plaintiffs and Proposed Lead Counsel for Indirect Purchaser Class*

/s/*Matthew S. Weiler*
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)

Mahzad K. Hite (SBN 283043)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street
Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
Jkim@schneiderwallace.com
Mweiler@schneiderwallace.com
Mhite@schneiderwallace.com

*/s/Joshua P. Davis*
Joshua P. Davis (SBN 193254)
Julie A. Pollock (SBN 346081)
BERGER MONTAGUE PC
505 Montgomery St., Ste. 625
San Francisco, CA 94111
Telephone: (800) 424-6690
jdavis@bm.net
jpollock@bm.net

Michael Dell'Angelo (*Pro Hac Vice*)
BERGER MONTAGUE PC
1818 Market St., Ste. 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bm.net

*/s/Kyla J. Gibboney*
Rosemary M. Rivas (SBN 209147)
Kyla J. Gibboney (SBN 301441)
GIBBS LAW GROUP LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
rmr@classlawgroup.com
kjg@classlawgroup.com

*Counsel for Plaintiffs Portable Power, Inc., and the Proposed Direct Purchaser Wholesale Classes*
*Counsel for Plaintiffs Schuman, Kelly, and the Proposed Direct Purchaser Retail Classes*

4

NOTICE OF RELATED CASES                                    Case No. 4:23-cv-02087-HSG

## DECLARATION OF DANIEL H. SILVERMAN

I, DANIEL H. SILVERMAN, declare as follows:

1. I am a Partner at Cohen Milstein Sellers & Toll, PLLC. I am admitted to practice law in the District of Columbia and in Massachusetts. I am awaiting *pro hac vice* admission in this matter. Based on personal knowledge of the matters stated herein, if called upon, I could and would competently testify thereto. I submit this declaration in support of Plaintiffs' Joint Administrative Motion To Consider Whether Cases Should Be Related.

2. The Complaint in this matter has not yet been served on Defendants.

3. Counsel for Defendants have not yet made an appearance in this matter.

4. On May 15, 2023, I received an email from Samuel Liversidge, counsel for Defendant Energizer Holdings, Inc. The email copied counsel for Defendant Walmart, Inc.

5. The email from Mr. Liversidge stated that Defendants do not oppose Plaintiffs administrative motion to relate the *Portable Power* and *Schuman* cases to the *Copeland* case.

6. I have spoken with counsel for *Portable Power* and the *Schuman* plaintiffs, and they have stated that they do not oppose *Copeland* Plaintiffs' administrative motion to relate the *Portable Power* and *Schuman* cases to the *Copeland* case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: May 16, 2023   */s/ Daniel H. Silverman*
   DANIEL H. SILVERMAN

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated: _____, 2023.

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge