1  THEODORE J. BOUTROUS, JR., SBN 132099
       TBoutrous@gibsondunn.com
2  CHRISTOPHER D. DUSSEAULT, SBN 177557
       CDusseault@gibsondunn.com
3  SAMUEL G. LIVERSIDGE, SBN 180578
       SLiversidge@gibsondunn.com
4  JILLIAN N. LONDON, SBN 319924
       JLondon@gibsondunn.com
5  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
6  Los Angeles, CA 90071-3197
   Telephone: 213.229.7000
7  Facsimile:  213.229.7520

8  RACHEL S. BRASS, SBN 219301
       RBrass@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
10 San Francisco, CA 94105-0921
   Telephone: 415.393.8200
11 Facsimile:  415.393.8306

12 Attorneys for Defendant
   ENERGIZER HOLDINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DON COPELAND, JOSEPH MURRAY, CAROL SMITH, PATRICK WHITNEY, PHILLIP HAGUE, DENISE FOTIS, ROXANN DORIOTT, BRUCE MIMS, LORI ABLY, TIMOTHY BROWN, PETER COSTAS, AND MIKE BALLARD, on behalf of themselves and those similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC.,<br><br>                    Defendants. | CASE NO. 4:23-CV-02087-HSG<br><br>**NOTICE OF APPEARANCE OF RACHEL S. BRASS** |

*[Caption Continues on Following Page]*

| | |
|---|---|
| PORTABLE POWER, INC., on behalf of itself and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC.,<br><br>Defendants. | CASE NO. 4:23-CV-02091-HSG |
| KIMBERLY SCHUMAN and KYLE KELLEY, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC.,<br><br>Defendants. | CASE NO. 4:23-CV-02093-HSG |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that attorney Rachel S. Brass of Gibson, Dunn & Crutcher LLP hereby enters her appearance as counsel for Defendant Energizer Holdings, Inc. in the above-referenced matter. Appearing counsel requests that all papers in this action be served upon the undersigned at the addresses below:

> RACHEL S. BRASS, SBN 219301
> RBrass@gibsondunn.com
> GIBSON, DUNN & CRUTCHER LLP
> 555 Mission Street, Suite 3000
> San Francisco, CA 94105-0921
> Telephone:    415.393.8293
> Facsimile:    415.393.8306

Dated: June 26, 2023

GIBSON, DUNN & CRUTCHER LLP


By: /s/ *Rachel S. Brass*
           Rachel S. Brass

Attorneys for Defendant
ENERGIZER HOLDINGS, INC.