THEODORE J. BOUTROUS, JR., SBN 132099
  TBoutrous@gibsondunn.com
CHRISTOPHER D. DUSSEAULT, SBN 177557
  CDusseault@gibsondunn.com
SAMUEL G. LIVERSIDGE, SBN 180578
  SLiversidge@gibsondunn.com
JILLIAN N. LONDON, SBN 319924
  JLondon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

RACHEL S. BRASS, SBN 219301
  RBrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant
ENERGIZER HOLDINGS, INC.

[*Additional Attorneys Listed In Signature Block*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DON COPELAND, JOSEPH MURRAY, CAROL SMITH, PATRICK WHITNEY, PHILLIP HAGUE, DENISE FOTIS, ROXANN DORIOTT, BRUCE MIMS, LORI ABLY, TIMOTHY BROWN, PETER COSTAS, AND MIKE BALLARD, on behalf of themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC.,<br><br>    Defendants. | CASE NO. 4:23-CV-02087-HSG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

[*Caption Continues on Following Page*]

| | | |
|---|---|---|
| PORTABLE POWER, INC., on behalf of itself and those similarly situated, | | CASE NO. 4:23-CV-02091-HSG |
| Plaintiffs, | | |
| v. | | |
| ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC., | | |
| Defendants. | | |
| KIMBERLY SCHUMAN and KYLE KELLEY, on behalf of themselves and those similarly situated, | | CASE NO. 4:23-CV-02093-HSG |
| Plaintiffs, | | |
| v. | | |
| ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC., | | |
| Defendants. | | |

Pursuant to Civil Local Rule 7-12, Plaintiffs Don Copeland, Joseph Murray, Carol Smith, Patrick Whitney, Phillip Hague, Denise Fotis, Roxann Doriott, Bruce Mims, Lori Ably, Timothy Brown, Peter Costas, and Mike Ballard, on behalf of themselves and those similarly situated (the "*Copeland* Plaintiffs"), Portable Power, Inc., on behalf of itself and those similarly situated ("Portable Power"), and Kimberly Schuman and Kyle Kelley, on behalf of themselves and those similarly situated (the "Schuman Plaintiffs" and together with the *Copeland* Plaintiffs and Portable Power, "Plaintiffs"), Defendant Energizer Holdings, Inc. ("Energizer"), and Defendant Walmart Inc. ("Walmart" and together with Energizer, "Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed their complaints against Defendants on April 28, 2023;[1]

WHEREAS, the Court granted Plaintiffs' Joint Administrative Motion to Consider Whether Cases Should Be Related on May 23, 2023;[2]

WHEREAS, Case Nos. 23-CV-02091 and 23-CV-02093 were reassigned to this Court on May 23, 2023;[3]

WHEREAS, the parties previously stipulated pursuant to Civil Local Rule 6-1(a) to extend the deadline for Defendants to respond to the complaints in each of the above-captioned actions to July 31, 2023;[4]

WHEREAS, Defendants intend to move to dismiss all three complaints;

WHEREAS, the parties have conferred and agreed, in the interest of efficiency and judicial economy and subject to the Court's approval, that Defendants will file a single joint motion to dismiss all three complaints ("Motion to Dismiss"), followed by a single joint opposition brief by Plaintiffs and a single joint reply brief by Defendants;

---

[1] Case Nos. 23-CV-02087, ECF No. 1; 23-CV-02091, ECF No. 1; 23-CV-02093, ECF No. 1.

[2] Case No. 23-CV-02087, ECF No. 22.

[3] Case Nos. 23-CV-02091, ECF No. 12; 23-CV-02093, ECF No. 16.

[4] Case Nos. 23-CV-02087, ECF No. 56; 23-CV-02091, ECF No. 35; 23-CV-02093, ECF No. 39.

WHEREAS, the parties have conferred and agreed to a schedule for briefing and page limits for Defendants' anticipated Motion to Dismiss;

NOW, THEREFORE, Plaintiffs and Defendants have agreed to, and respectively submit for approval by the Court, the following schedule and page limits for Defendants' Motion to Dismiss:

1. Defendants will jointly file one, consolidated Motion to Dismiss by July 31, 2023, not to exceed 40 pages of text in length, inclusive of any appendix.

2. Plaintiffs will jointly file one, consolidated opposition to the Motion to Dismiss by September 14, 2023, not to exceed 50 pages of text in length, inclusive of any appendix.

3. Defendants will jointly file one, consolidated reply to the opposition to the Motion to Dismiss by October 16, 2023, not to exceed 30 pages of text in length, inclusive of any appendix.

**IT IS SO STIPULATED.**

Dated: July 12, 2023

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Samuel G. Liversidge*
      Samuel G. Liversidge

THEODORE J. BOUTROUS, JR., SBN 132099
  TBoutrous@gibsondunn.com
CHRISTOPHER D. DUSSEAULT, SBN 177557
  CDusseault@gibsondunn.com
SAMUEL G. LIVERSIDGE, SBN 180578
  SLiversidge@gibsondunn.com
JILLIAN N. LONDON, SBN 319924
  JLondon@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

RACHEL S. BRASS, SBN 219301
  RBrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

| | |
|---|---|
| 1 | Telephone: 415.393.8200 |
| | Facsimile:   415.393.8306 |
| 2 | |
| | Attorneys for Defendant |
| 3 | ENERGIZER HOLDINGS, INC. |
| 4 | |
| 5 | LATHAM & WATKINS LLP |
| | Christopher S. Yates (Bar No. 161273) |
| 6 |    chris.yates@lw.com |
| | Belinda S Lee (Bar No. 199635) |
| 7 |    belinda.lee@lw.com |
| | Brendan A. McShane (Bar No. 227501) |
| 8 |    brendan.mcshane@lw.com |
| | Alicia R. Jovais (Bar No. 296172) |
| 9 |    alicia.jovais@lw.com |
| | 505 Montgomery Street, Suite 2000 |
| 10 | San Francisco, California 94111-6538 |
| | Telephone: +1.415.391.0600 |
| 11 | |
| | Lawrence E. Buterman (pro hac vice) |
| 12 |    lawrence.buterman@lw.com |
| | 1271 Avenue of the Americas |
| 13 | New York, NY 10020 |
| | Telephone: +1.212.906.1747 |
| 14 | |
| | Attorneys for Defendant |
| 15 | WALMART, INC. |

Dated: July 12, 2023					Respectfully submitted,

By:   /s/  Kyla J. Gibboney

Rosemary M. Rivas (SBN 209147)
Kyla J. Gibboney (SBN 301441)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
rmr@classlawgroup.com
kjg@classlawgroup.com

Matthew S. Weiler (SBN 236052)
Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
MWeiler@schneiderwallace.com
TSchneider@schneiderwallace.com
JKim@schneiderwallace.com

Joshua P. Davis (SBN 193254)
Julie A. Pollock (SBN 346081)
**BERGER MONTAGUE PC**
505 Montgomery St., Ste. 625
San Francisco, CA 94111
Telephone: (800) 424-6690
jdavis@bm.net jpollock@bm.net

Michael Dell'Angelo (pro hac vice)
**BERGER MONTAGUE PC**
1818 Market St., Ste. 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bm.net

*Attorneys for Plaintiff Portable Power, Inc.; Counsel for Plaintiffs Kimberly Schuman, Kyle Kelley, and the Proposed Direct Purchaser Classes*

Dated:  July 12, 2023					Respectfully submitted,

*/s/ Daniel H. Silverman*

Daniel H. Silverman (*pro hac vice*)

4
STIPULATION AND  ORDER REGARDING BRIEFING SCHEDULE
CASE NOS. 4:23-CV-02087-HSG, 4:23-CV-02091-HSG, 4:23-CV-02093-HSG

|   |   |
|---|---|
| 1 | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 2 | 769 Centre Street, Suite 207 |
|   | Boston, MA 02130 |
| 3 | Tel: (202) 408-4600 |
|   | Fax: (202) 408-4699 |
| 4 | dsilverman@cohenmilstein.com |

Alison Deich (*pro hac vice*)
Richard Koffman (*pro hac vice*)
John Bracken (*pro hac vice*)
Leonardo Chingcuanco (*pro hac vice*) (SBN 308640)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
adeich@cohenmilstein.com
rkoffman@cohenmilstein.com
jbracken@cohenmilstein.com
lchingcuanco@cohenmilstein.com

*Counsel for Plaintiffs Don Copeland, Joseph Murray, Carol Smith, Patrick Whitney, Phillip Hague, Denise Fotis, Roxann Doriott, Bruce Mims, Lori Ably, Timothy Brown, Peter Costas, and Mike Ballard and Proposed Lead Counsel for Indirect Purchaser Class*

Sarah Grossman-Swenson (SBN 259792)
Kimberley C. Weber (SBN 302894)
**MCCRACKEN STEMERMAN & HOLSBERRY LLP**
475 14th Street, Suite 1200
Oakland, CA 94612
(415) 597-7200
sgs@msh.law
kweber@msh.law

*Local Counsel for Copeland Plaintiffs*

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

Dated: _____July 12_____, 2023          /s/ *Samuel G. Liversidge*

\* \* \* \* \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/13/2023

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge