Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
MWeiler@schneiderwallace.com
TSchneider@schneiderwallace.com
JKim@schneiderwallace.com

Rosemary M. Rivas (SBN 209147)
Kyla J. Gibboney (SBN 301441)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
rmr@classlawgroup.com
kjg@classlawgroup.com

*Attorneys for Plaintiffs Portable Power, Inc., Kimberly Schuman, Kyle Kelley, and the Proposed Direct Purchaser Classes*

[Additional Counsel on the Signature Block]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DON COPELAND, *et al.*, | CASE NO. 4:23-CV-02087-HSG |
| Plaintiffs, | **JOINT STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO STAY DISCOVERY** |
| v. | |
| ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC., | |
| Defendants. | |

*[Caption Continues on Following Page]*

| | |
|---|---|
| PORTABLE POWER, INC., on behalf of itself and those similarly situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC.,<br><br>                    Defendants. | CASE NO. 4:23-CV-02091-HSG |
| KIMBERLY SCHUMAN and KYLE KELLEY, on behalf of themselves and those similarly situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC.,<br><br>                    Defendants. | CASE NO. 4:23-CV-02093-HSG |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs[1] in the above-captioned cases and Defendants Energizer Holdings, Inc., and Walmart, Inc. ("Defendants"), jointly submit this stipulation and [proposed] order to extend the briefing deadlines for Defendants' motion to stay discovery (ECF No. 66).[2]

WHEREAS, Plaintiffs filed complaints against Defendants on April 28, 2023, which have been related and assigned to this Court as of May 23, 2023 (ECF Nos. 1, 22);

WHEREAS, Defendants filed a joint motion to dismiss the complaints on July 31, 2023 (ECF No. 63);

WHEREAS, on August 3, 2023, Defendants filed a joint motion to stay discovery pending the outcome of their motion to dismiss (ECF. No. 66);

WHEREAS, Plaintiffs' opposition to Defendants' motion to stay discovery is currently due on August 17, 2023, and Defendants' reply is due on August 24, 2023;

WHEREAS, the parties are meeting and conferring regarding a potential resolution to Defendants' motion to stay discovery;

WHEREAS, the parties jointly request an extension of seven days for Plaintiffs' opposition to the motion to stay and seven days for Defendants' reply to continue their meet-and-confer efforts;

WHEREAS, the parties have not previously requested an extension related to the motion to stay discovery, and the requested extension will not affect other deadlines in the case.

NOW, THEREFORE, Plaintiffs and Defendants agree, subject to Court approval, to the following briefing schedule for Defendants' motion to stay discovery:

1. Plaintiffs' will file their opposition to Defendants' motion to stay discovery by August 24, 2023.

---

[1] Plaintiffs are Portable Power, Inc. ("Portable Power"); Kimberly Schuman and Kyle Kelley (the "*Schuman* Plaintiffs"); and Don Copeland, Joseph Murray, Carol Smith, Patrick Whitney, Phillip Hague, Denise Fotis, Roxann Doriott, Bruce Mims, Lori Ably, Timothy Brown, Peter Costas, and Mike Ballard (the "*Copeland* Plaintiffs").

[2] All ECF No. ___ citations are to *Copeland v. Energizer*, No. 23-cv-02087-HSG.

2. Defendants will file any reply in support of their motion to stay discovery by August 31, 2023.

**IT IS SO STIPULATED.**

Dated: August 17, 2023                                      Respectfully submitted,

By: ___/s/ Matthew S. Weiler___

Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
Matthew S. Weiler (SBN 236052)
**SCHNEIDER WALLACE**
**COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
MWeiler@schneiderwallace.com
TSchneider@schneiderwallace.com
JKim@schneiderwallace.com

Rosemary M. Rivas (SBN 209147)
Kyla J. Gibboney (SBN 301441)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
rmr@classlawgroup.com
kjg@classlawgroup.com

Joshua P. Davis (SBN 193254)
Julie A. Pollock (SBN 346081)
**BERGER MONTAGUE PC**
505 Montgomery St., Ste. 625
San Francisco, CA 94111
Telephone: (800) 424-6690
jdavis@bm.net jpollock@bm.net

Michael Dell'Angelo (pro hac vice)
**BERGER MONTAGUE PC**
1818 Market St., Ste. 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bm.net

*Attorneys for Plaintiffs Portable Power, Inc., Kimberly Schuman, Kyle Kelley, and the Proposed Direct Purchaser Classes*

| | |
|---|---|
| Dated: August 17, 2023 | Respectfully submitted, |
| | */s/ Daniel H. Silverman* |
| | Daniel H. Silverman (*pro hac vice*)<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>769 Centre Street, Suite 207<br>Boston, MA 02130<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>dsilverman@cohenmilstein.com |
| | Alison Deich (*pro hac vice*)<br>Richard Koffman (*pro hac vice*)<br>John Bracken (*pro hac vice*)<br>Leonardo Chingcuanco (*pro hac vice*) (SBN 308640)<br>**COHEN MILSTEIN SELLERS & TOLL PLLC**<br>1100 New York Ave. NW, Suite 500<br>Washington, DC 20005<br>Tel: (202) 408-4600<br>Fax: (202) 408-4699<br>adeich@cohenmilstein.com<br>rkoffman@cohenmilstein.com<br>jbracken@cohenmilstein.com<br>lchingcuanco@cohenmilstein.com |
| | *Counsel for Plaintiffs Don Copeland, Joseph Murray, Carol Smith, Patrick Whitney, Phillip Hague, Denise Fotis, Roxann Doriott, Bruce Mims, Lori Ably, Timothy Brown, Peter Costas, and Mike Ballard and Proposed Lead Counsel for Indirect Purchaser Class* |
| | Sarah Grossman-Swenson (SBN 259792)<br>Kimberley C. Weber (SBN 302894)<br>**MCCRACKEN STEMERMAN & HOLSBERRY LLP**<br>475 14th Street, Suite 1200<br>Oakland, CA 94612<br>(415) 597-7200<br>sgs@msh.law<br>kweber@msh.law |
| | *Local Counsel for Copeland Plaintiffs* |

Dated: August 17, 2023                                        Respectfully submitted,


                                             */s/ Samuel G. Liversidge*

THEODORE J. BOUTROUS, JR., SBN 132099
   TBoutrous@gibsondunn.com
CHRISTOPHER D. DUSSEAULT, SBN 177557
   CDusseault@gibsondunn.com
SAMUEL G. LIVERSIDGE, SBN 180578
   SLiversidge@gibsondunn.com
JILLIAN N. LONDON, SBN 319924
   JLondon@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

RACHEL S. BRASS, SBN 219301
   RBrass@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

Attorneys for Defendant
ENERGIZER HOLDINGS, INC.


Dated: August 17, 2023                                        Respectfully submitted,


                                             */s/ Brendan A. McShane*

**LATHAM & WATKINS LLP**
Christopher S. Yates (Bar No. 161273)
   chris.yates@lw.com
Belinda S Lee (Bar No. 199635)
   belinda.lee@lw.com
Brendan A. McShane (Bar No. 227501)
   brendan.mcshane@lw.com
Alicia R. Jovais (Bar No. 296172)
   alicia.jovais@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                Lawrence E. Buterman (pro hac vice)
                    lawrence.buterman@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1.212.906.1747

Attorneys for Defendant
WALMART, INC.

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  8/18/2023

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge