UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON COPELAND, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ENERGIZER HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No.  23-cv-02087-PCP (SVK)<br><br>**REDACTION ORDER** |
| PORTABLE POWER, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ENERGIZER HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No.  23-cv-02091-PCP (SVK) |
| KIMBERLY SCHUMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ENERGIZER HOLDINGS, INC., et al.,<br><br>    Defendants. | Case No.  23-cv-02093-PCP (SVK) |

The Court's January 7, 2026 Order re Defendant's Motion to Compel Production re Privileged Document has been provisionally filed under seal.  By **January 21, 2026**, the Parties are to meet and confer and submit joint proposed redactions accompanied by an administrative motion to seal that complies with Civil Local Rule 79-5.  If proposed redactions are not received by the deadline, the Court may order that the January 7, 2026 Order be filed on the public docket.

**SO ORDERED.**

Dated: January 7, 2026

SUSAN VAN KEULEN
United States Magistrate Judge