THEODORE J. BOUTROUS JR., SBN 132099
 TBoutrous@gibsondunn.com
CHRISTOPHER D. DUSSEAULT, SBN 177557
 CDusseault@gibsondunn.com
SAMUEL G. LIVERSIDGE, SBN 180578
 SLiversidge@gibsondunn.com
SARAH M. KUSHNER, SBN 320077
 SMKushner@gibsondunn.com
COURTNEY L. SPEARS, SBN 329521
 CSpears@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:    213.229.7000
Facsimile:    213.229.7520

RACHEL S. BRASS, SBN 219301
 RBrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    415.393.8200
Facsimile:    415.393.8306

Joshua P. Davis (SBN 193254)
Kyla J. Gibboney (SBN 301441)
BERGER MONTAGUE PC
505 Montgomery St., Ste. 625
Telephone: (800) 424-6690
jdavis@bergermontague.com
kgibboney@bergermontague.com
Rosemary M. Rivas (SBN 209147)
Jeffrey Kosbie (SBN 305424)
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: (510) 350-9700
rmr@classlawgroup.com
jbk@classlawgroup.com
Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
SCHNEIDER WALLACE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
mweiler@schneiderwallace.com

*Attorneys for Defendant and Counterclaimant*
*ENERGIZER HOLDINGS, INC.*

*[Additional counsel in signature block]*

*Counsel for the Portable Power and*
*Schuman Plaintiffs and the Proposed Direct*
*Purchaser Classes*

*[Additional counsel in signature block]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DON COPELAND *et al.*,<br><br>             Plaintiffs,<br><br>     v.<br><br>ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC.,<br><br>             Defendants. | CASE NO. 5:23-CV-02087-PCP-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE** |

*[Caption continues on next page]*

PORTABLE POWER, INC., AND GLOBAL EXPORTS U.S.A., INC., dba MICROPOWER BATTERY, CO., on behalf of themselves and those similarly situated,

Plaintiffs,

v.

ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC.,

Defendants.

CASE NO. 5:23-CV-02091-PCP-SVK

ENERGIZER HOLDINGS, INC.,

Counterclaimant,

v.

PORTABLE POWER, INC., RICHARD PETRETTI, and STEPHANIE RICE,

Counterdefendants.

KIMBERLY SCHUMAN, *et al.*,

Plaintiffs,

v.

ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC.,

Defendants.

Case No. 5:23-cv-02093-PCP-SVK

Pursuant to Local Rules 6-2 and 7-12, Defendant and Counterclaimant Energizer Holdings, Inc. ("Energizer"), Defendant Walmart Inc. ("Walmart," and collectively with Energizer, "Defendants"), and Plaintiffs[1] (collectively, with Defendants, the "Parties") hereby stipulate as follows:

1.     WHEREAS, under the operative Scheduling Order entered in these actions (ECF No. 122),[2] the current deadline for Defendants to oppose Plaintiffs' motions for class certification (ECF No. 136-1)(the "Motions") is February 20, 2026;

2.     WHEREAS, Plaintiffs' deadline to file their replies in support of the Motions is currently April 17, 2026;

3.     WHEREAS, despite the parties' cooperative and diligent efforts regarding scheduling, certain depositions of Plaintiffs and Plaintiffs' experts are ongoing and are not scheduled to be completed until at least February 17, 2026 (*see* Declaration of Christopher D. Dusseault ¶ 5);

4.     WHEREAS, the Parties would mutually benefit from having additional time to review such deposition testimony, and to solidify and clarify their arguments in opposition to and in support of the Motions, and each seek two-week extensions of their opposition and reply deadlines related to the Motions, as well as a corresponding extension of the hearing date on the Motions, in the Scheduling Order;

5.     WHEREAS, none of the Parties would be prejudiced by the contemplated extension to the briefing schedule and hearing date related to the Motions, and the requested extension is not being sought for the purpose of delay;

6.     WHEREAS, the Parties' contemplated extension to the class certification briefing schedule and hearing date will not impact any other date in the Scheduling Order; and

7.     WHEREAS, in light of the requested modified briefing schedule and hearing date, the Parties also request that the Court modify the deadline for the Parties' and any nonparties' submission

---

[1] Plaintiffs are Portable Power, Inc. (which is also a counterdefendant), Global Exports U.S.A., Inc., d/b/a Micropower Battery Co., Kimberly Schuman, Kyle Kelley, Don Copeland, Joseph Murray, David Freifeld, Patrick Whitney, Phillip Hague, Denise Fotis, Roxann Doriott, Bruce Mims, Lori Ably, Timothy Brown, Peter Costas, and Mike Ballard.

[2] All docket entries referenced herein refer to the docket in *Copeland v. Energizer*, Case No. 5:23-CV-02087-PCP-SVK (N.D. Cal.).

1

of the joint omnibus motion to seal for each Motion (*see* Stipulation and Order Setting Omnibus Sealing Procedure in Connection with Plaintiffs' Motions for Class Certification, ECF No. 135) from May 1, 2026 (14 days after the close of briefing in the current schedule) to May 29, 2026 (14 days after the close of briefing in the proposed schedule).

8.    NOW, THEREFORE, the Parties respectfully request that the Court issue an order modifying the briefing schedule and hearing date related to the Motions as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Class certification opposition | February 20, 2026 | March 6, 2026 |
| Class certification reply | April 17, 2026 | May 15, 2026 |
| Omnibus motion for sealing | May 1, 2026 | May 29, 2026 |
| Class certification hearing | May 21, 2026 | June 18, 2026 |

IT IS SO STIPULATED.

Dated: January 28, 2026                    GIBSON, DUNN & CRUTCHER LLP


By: */s/ Christopher D. Dusseault*
      Theodore J. Boutrous Jr., SBN 132099
        TBoutrous@gibsondunn.com
      Christopher D. Dusseault, SBN 177557
        CDusseault@gibsondunn.com
      Samuel G. Liversidge, SBN 180578
        SLiversidge@gibsondunn.com
      Sarah M. Kushner, SBN 320077
        SMKushner@gibsondun.com
      Courtney L. Spears, SBN 329521
        CSpears@gibsondunn.com
      GIBSON, DUNN & CRUTCHER LLP
      333 South Grand Avenue
      Los Angeles, California  90071-3197
      Telephone:     213.229.7000
      Facsimile:     213.229.7520

      Rachel S. Brass, SBN 219301
        RBrass@gibsondunn.com
      GIBSON, DUNN & CRUTCHER LLP
      One Embarcadero Center, Suite 2600
      San Francisco, California  94111-3715
      Telephone:     415.393.8200
      Facsimile:     415.393.8306

      *Attorneys for Defendant & Counterclaimant*
      *ENERGIZER HOLDINGS, INC.*

STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERT. BRIEFING SCHEDULE
5:23-CV-02087-PCP-SVK; 5:23-CV-02091-PCP-SVK; 5:23-CV-02093-PCP-SVK

Dated: January 28, 2026          LATHAM & WATKINS LLP


By: */s/ Christopher S. Yates*

Christopher S. Yates, SBN 161273
  chris.yates@lw.com
Belinda S. Lee, SBN 199635
  belinda.lee@lw.com
Brendan A. McShane, SBN 227501
  brendan.mcshane@lw.com
Alicia R. Jovais, SBN 296172
  alicia.jovais@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

Lawrence E. Buterman (*pro hac vice*)
  lawrence.buterman@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone: 212.906.1747
Facsimile: 212.751.4864

*Attorneys for Defendant*
*WALMART INC.*


Dated: January 28, 2026          BERGER MONTAGUE PC


By: */s/ Joshua P. Davis*

Joshua P. Davis (SBN 193254)
Kyla J. Gibboney (SBN 301441)
505 Montgomery St., Ste. 625
San Francisco, CA 94111
Telephone: (800) 424-6690
jdavis@bergermontague.com
kgibboney@bergermontague.com

Michael Dell'Angelo (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Ste. 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bergermontague.com

Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400

4

Emeryville, CA 94608
Telephone: (415) 421-7100
MWeiler@schneiderwallace.com
TSchneider@schneiderwallace.com

Rosemary M. Rivas (SBN 209147)
Jeffrey Kosbie (SBN 305424)
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
rmr@classlawgroup.com
jbk@classlawgroup.com

*Counsel for Portable Power, Inc., Global Exports USA, Inc., dba Micropower Battery, Co., Kimberly Schuman, Kyle Kelley, and the Proposed Direct Purchaser Classes*

Date: December 28, 2025                COHEN MILSTEIN SELLERS & TOLL PLLC

By: _/s/ Daniel H. Silverman_

Daniel H. Silverman (*pro hac vice*)
769 Centre Street, Suite 207
Boston, MA 02130
Tel: (202) 408-4600
Fax: (202) 408-4699
dsilverman@cohenmilstein.com

Mary F. Brown (*pro hac vice*)
Daniel Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
mabrown@cohenmilstein.com
dgifford@cohenmilstein.com

*Counsel for the Copeland Plaintiffs and the Proposed Indirect Purchaser Class*

STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERT. BRIEFING SCHEDULE
5:23-CV-02087-PCP-SVK; 5:23-CV-02091-PCP-SVK; 5:23-CV-02093-PCP-SVK

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.


DATED: January 28, 2026                    */s/ Christopher D. Dusseault*

STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERT. BRIEFING SCHEDULE
5:23-CV-02087-PCP-SVK; 5:23-CV-02091-PCP-SVK; 5:23-CV-02093-PCP-SVK

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, and good cause having been shown, it is hereby ORDERED that:

(1)    The briefing schedule and hearing date related to the Motions for Class Certification filed in Case Nos. 5:23-cv-02087-PCP-SVK, 5:23-cv-02091-PCP-SVK, and 5:23-cv-02093-PCP-SVK shall be modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Class certification opposition | February 20, 2026 | March 6, 2026 |
| Class certification reply | April 17, 2026 | May 15, 2026 |
| Omnibus motion for sealing | May 1, 2026 | May 29, 2026 |
| Class certification hearing | May 21, 2026 | June 18, 2026 |

(2)    In light of the new briefing schedule and hearing date, the deadline for the parties' and any nonparties' submission of the joint omnibus motion to seal for each class certification motion set forth in the Stipulation and Order Setting Omnibus Sealing Procedure in Connection with Plaintiffs' Motions for Class Certification (ECF No. 135) shall be changed from May 1, 2026 to May 29, 2026.

Dated:    January 29, 2026

_____
The Honorable P. Casey Pitts
United States District Judge

7