Theodore J. Boutrous Jr. (SBN 132099)
Christopher D. Dusseault (SBN 177557)
Samuel G. Liversidge (SBN 180578)
Sarah M. Kushner (SBN 320077)
Courtney L. Spears (SBN 329521)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
*tboutrous@gibsondunn.com*
*cdusseault@gibsondunn.com*
*sliversidge@gibsondunn.com*
*smkushner@gibsondunn.com*
*cspears@gibsondunn.com*

*Counsel for Defendant Energizer Holdings, Inc.*

*[Additional counsel in signature block]*

Christopher S. Yates (SBN 161273)
Belinda S Lee (SBN 199635)
Brendan A. McShane (SBN 227501)
Alicia R. Jovais (SBN 296172)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
*chris.yates@lw.com*
*belinda.lee@lw.com*
*brendan.mcshane@lw.com*
*alicia.jovais@lw.com*

*Counsel for Defendant Walmart Inc.*

*[Additional counsel in signature block]*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

DON COPELAND, *et al.*,

                Plaintiffs,

      v.

ENERGIZER HOLDINGS, INC.; AND
WAL-MART, INC.,

                Defendants.

*[Caption continues on next page]*

CASE NO. 5:23-CV-02087-PCP-SVK
CASE NO. 5:23-CV-02091-PCP-SVK
CASE NO. 5:23-CV-02093-PCP-SVK

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING CONSOLIDATED BRIEFING RELATED TO PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION AS MODIFIED**

STIPULATION AND ~~[PROPOSED]~~ ORDER
REGARDING CONSOLIDATED BRIEFING

PORTABLE POWER, INC., AND GLOBAL EXPORTS U.S.A., INC., dba MICROPOWER BATTERY, CO., on behalf of themselves and those similarly situated,

Plaintiffs,

v.

ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC.,

Defendants.

CASE NO. 5:23-CV-02091-PCP-SVK

ENERGIZER HOLDINGS, INC.,

Counterclaimant,

v.

PORTABLE POWER, INC., RICHARD PETRETTI, and STEPHANIE RICE,

Counterdefendants.

KIMBERLY SCHUMAN, *et al.*,

Plaintiffs,

v.

ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC.,

Defendants.

CASE NO. 5:23-cv-02093-PCP-SVK

Plaintiffs Don Copeland, Joseph Murray, Carol Smith, Patrick Whitney, Phillip Hague, Denise Fotis, Roxann Doriott, Bruce Mims, Lori Ably, Timothy Brown, Peter Costas, and Mike Ballard (the "*Copeland* Plaintiffs"), Portable Power, Inc. and Global Exports U.S.A., Inc., dba Micropower Battery, Co. (together, the "*Portable Power* Plaintiffs"), and Kimberly Schuman and Kyle Kelley (the "*Schuman* Plaintiffs" and, together with the *Copeland* Plaintiffs and *Portable Power* Plaintiffs, "Plaintiffs"), Defendant Energizer Holdings, Inc. ("Energizer"), and Defendant Walmart Inc. ("Walmart" and, together with Energizer, "Defendants") have conferred through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on November 21, 2015, the *Portable Power* Plaintiffs and the *Schuman* Plaintiffs filed a consolidated Motion for Class Certification (*see* ECF No. 134 in Case No. 5:23-CV-02091-PCP-SVK; ECF No. 113 in Case No. 5:23-cv-02093-PCP-SVK);

WHEREAS, on November 21, 2025, the *Copeland* Plaintiffs filed a Motion for Class Certification (*see* ECF No. 145 in Case No. 5:23-cv-02087-PCP-SVK);

WHEREAS, the Court's January 29, 2026 Order (ECF No. 148)[1] sets forth the schedule for Defendants' briefs in Opposition, and Plaintiffs' briefs in Reply, to the Motions for Class Certification;

WHEREAS, to avoid duplication and streamline briefing, the Parties seek to consolidate their Oppositions and Replies across the three actions into as few briefs as practicable;

WHEREAS, Civil Local Rule 7-4(b) provides that, "[u]nless the Court expressly orders otherwise pursuant to a party's request made prior to the due date, briefs or memoranda filed with opposition papers may not exceed 25 pages of text and the reply brief or memorandum may not exceed 15 pages of text";

WHEREAS, the Parties agree that, to promote judicial efficiency, Defendants may consolidate their Opposition briefing, and Plaintiffs may consolidate their Reply briefing, across the three actions and, if consolidated, may exceed the 25-page limit (for Oppositions) or 15-page

---

[1] Unless otherwise noted, all docket entries referenced herein refer to the docket in *Copeland v. Energizer Holdings, Inc.*, Case No. 5:23-CV-02087-PCP-SVK (N.D. Cal.)

limit (for Replies) applicable to a single brief, without exceeding an aggregate total of 75 pages of Opposition briefing, or 45 pages of Reply briefing, across the three actions;

IT IS HEREBY STIPULATED that:

(1) Defendants may file a consolidated brief in response to Plaintiffs' Motions for Class Certification, and any consolidated brief may exceed 25 pages. Defendants may also choose to file separate Opposition briefs to address issues unique to a particular case. Defendants shall not exceed an aggregate of 75 pages of Opposition briefing across the three actions, inclusive of any consolidated brief and any separate briefs.

(2) Plaintiffs may file a consolidated brief in response to Defendants' Opposition(s), and any consolidated brief may exceed 15 pages. Plaintiffs may also choose to file separate Reply briefs to address issues unique to a particular case. Plaintiffs shall not exceed an aggregate of 45 pages of Reply briefing across the three actions, inclusive of any consolidated brief and any separate briefs.

DATED: February 19, 2026                     Respectfully submitted,

By: */s/ Theodore J. Boutrous Jr.*
Theodore J. Boutrous Jr. (SBN 132099)
Christopher D. Dusseault (SBN 177557)
Samuel G. Liversidge (SBN 180578)
Sarah M. Kushner (SBN 320077)
Courtney L. Spears (SBN 329521)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
*tboutrous@gibsondunn.com*
*cdusseault@gibsondunn.com*
*sliversidge@gibsondunn.com*
*smkushner@gibsondunn.com*
*cspears@gibsondunn.com*

Rachel S. Brass (SBN 219301)
**GIBSON, DUNN & CRUTCHER LLP**
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 393-8200
*rbrass@gibsondunn.com*

*Counsel for Defendant Energizer Holdings, Inc.*

DATED: February 19, 2026                    Respectfully submitted,

                                            By: */s/ Christopher S. Yates*
                                            Christopher S. Yates (SBN 161273)
                                            Belinda S Lee (SBN 199635)
                                            Brendan A. McShane (SBN 227501)
                                            Alicia R. Jovais (SBN 296172)
                                            **LATHAM & WATKINS LLP**
                                            505 Montgomery Street, Suite 2000
                                            San Francisco, California 94111
                                            Telephone: (415) 391-0600
                                            *chris.yates@lw.com*
                                            *belinda.lee@lw.com*
                                            *brendan.mcshane@lw.com*
                                            *alicia.jovais@lw.com*

                                            Lawrence E. Buterman (*pro hac vice*)
                                            **LATHAM & WATKINS LLP**
                                            1271 Avenue of the Americas
                                            New York, New York 10020
                                            Telephone: (212) 906-1747
                                            *lawrence.buterman@lw.com*

                                            *Counsel for Defendant Walmart Inc.*

Dated: February 19, 2026                    BERGER MONTAGUE PC


                                            By: */s/ Joshua P. Davis*
                                            Joshua P. Davis (SBN 193254)
                                            Kyla J. Gibboney (SBN 301441)
                                            505 Montgomery St., Ste. 625
                                            San Francisco, CA 94111
                                            Telephone: (800) 424-6690
                                            jdavis@bergermontague.com
                                            kgibboney@bergermontague.com

                                            Michael Dell'Angelo (*pro hac vice*)
                                            BERGER MONTAGUE PC
                                            1818 Market St., Ste. 3600
                                            Philadelphia, PA 19103
                                            Telephone: (215) 875-3000
                                            mdellangelo@bergermontague.com

                                            Todd M. Schneider (SBN 158253)
                                            Matthew S. Weiler (SBN 236052)
                                            SCHNEIDER WALLACE
                                            COTTRELL KONECKY LLP
                                            2000 Powell Street, Suite 1400
                                            Emeryville, CA 94608
                                            Telephone: (415) 421-7100
                                            MWeiler@schneiderwallace.com
                                            TSchneider@schneiderwallace.com

STIPULATION AND [PROPOSED] ORDER
REGARDING CONSOLIDATED BRIEFING

Rosemary M. Rivas (SBN 209147)
Jeffrey Kosbie (SBN 305424)
GIBBS MURA LLP
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
rmr@classlawgroup.com
jbk@classlawgroup.com

*Counsel for Portable Power, Inc., Global Exports USA, Inc., dba Micropower Battery, Co., Kimberly Schuman, Kyle Kelley, and the Proposed Direct Purchaser Classes*

Date: February 19, 2026          COHEN MILSTEIN SELLERS & TOLL PLLC

By: */s/ Daniel H. Silverman*

Daniel H. Silverman (*pro hac vice*)
769 Centre Street, Suite 207
Boston, MA 02130
Tel: (202) 408-4600
Fax: (202) 408-4699
dsilverman@cohenmilstein.com

Mary F. Brown (*pro hac vice*)
Daniel Gifford (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
mabrown@cohenmilstein.com
dgifford@cohenmilstein.com

*Counsel for the Copeland Plaintiffs and the Proposed Indirect Purchaser Class*

**ECF CERTIFICATION**

I, Christopher S. Yates, hereby certify that the content of this Stipulation and [Proposed] Order is acceptable to all parties who are required to sign this Stipulation and [Proposed] Order. Plaintiffs' counsel and Defendants' counsel have authorized counsel for Defendant Walmart Inc. to affix their CM/ECF electronic signatures to this Stipulation and [Proposed] Order.

**CERTIFICATE OF SERVICE**

I certify that on February 19, 2026, I filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of California, by using the Court's CM/ECF system, and also served counsel of record via this Court's CM/ECF system.

DATED: February 19, 2026                By:    _/s/ Christopher S. Yates_____

Christopher S. Yates

_Counsel for Defendant Walmart Inc._

STIPULATION AND [PROPOSED] ORDER
REGARDING CONSOLIDATED BRIEFING

7

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties and good cause appearing, it is hereby ORDERED that:

(1)    Defendants may file a consolidated brief in response to Plaintiffs' Motions for Class Certification, and any consolidated brief may exceed 25 pages.   Defendants shall not exceed an aggregate of 75 50 pages of Opposition briefing across the three actions, inclusive of any consolidated brief and any separate briefs that either Walmart or Energizer may file to address issues unique to a particular case.

(2)    Plaintiffs may file a consolidated brief in response to Defendants' Opposition(s), and any consolidated brief may exceed 15 pages.  Plaintiffs shall not exceed an aggregate of 45 30 pages of Reply briefing across the three actions, inclusive of any consolidated brief and any separate briefs that any Plaintiff may file to address issues unique to a particular case.

Dated: February 20, 2026

_____
The Honorable P. Casey Pitts
United States District Judge

STIPULATION AND [PROPOSED] ORDER
REGARDING CONSOLIDATED BRIEFING

8