Christopher S. Yates (SBN 161273)
Belinda S Lee (SBN 199635)
Brendan A. McShane (SBN 227501)
Alicia R. Jovais (SBN 296172)
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
*chris.yates@lw.com*
*belinda.lee@lw.com*
*brendan.mcshane@lw.com*
*alicia.jovais@lw.com*

*Counsel for Defendant Walmart Inc.*

Theodore J. Boutrous Jr. (SBN 132099)
Christopher D. Dusseault (SBN 177557)
Samuel G. Liversidge (SBN 180578)
Sarah M. Kushner (SBN 320077)
Courtney L. Spears (SBN 329521)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
*tboutrous@gibsondunn.com*
*cdusseault@gibsondunn.com*
*sliversidge@gibsondunn.com*
*smkushner@gibsondunn.com*
*cspears@gibsondunn.com*

*Counsel for Defendant Energizer Holdings, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DON COPELAND, *et al.*, | CASE NO. 5:23-CV-02087-PCP-SVK |
| Plaintiffs, | **DEFENDANTS' OPPOSITION TO:** |
| v. | **(1)** *COPELAND* **PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION AND MEMORANDUM OF POINTS AND AUTHORITIES (CASE NO. 5:23-CV-02087, ECF NO. 136)** |
| ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC., | |
| Defendants. | **(2) DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT (CASE NO. 5:23-CV-02091, ECF NO. 133 and CASE NO. 5:23-CV-02093, ECF NO. 113)** |
| | **FILED UNDER SEAL** |

*[Caption continues on next page]*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NOS. 5:23-CV-02087-PCP-SVK;
5:23-CV-02091-PCP-SVK; 5:23-CV-02093-
PCP-SVK

DEFS.' OPP'N TO PLS.' MOT.
FOR CLASS CERTIFICATION

PORTABLE POWER, INC., AND GLOBAL EXPORTS U.S.A., INC., dba MICROPOWER BATTERY, CO., on behalf of themselves and those similarly situated,

Plaintiffs,

v.

ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC.,

Defendants.

CASE NO. 5:23-CV-02091-PCP-SVK

ENERGIZER HOLDINGS, INC.,

Counterclaimant,

v.

PORTABLE POWER, INC., RICHARD PETRETTI, and STEPHANIE RICE,

Counterdefendants.

KIMBERLY SCHUMAN, et al.,

Plaintiffs,

v.

ENERGIZER HOLDINGS, INC.; AND WAL-MART, INC.,

Defendants.

CASE NO. 5:23-cv-02093-PCP-SVK

CASE NOS. 5:23-CV-02087-PCP-SVK; 5:23-CV-02091-PCP-SVK; 5:23-CV-02093-PCP-SVK

DEFS.' OPP'N TO PLS.' MOT. FOR CLASS CERTIFICATION