UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON COPELAND, et al.,

Plaintiffs,

v.

ENERGIZER HOLDINGS, INC., et al.,

Defendants.

Case No.  23-cv-02087-PCP; 23-cv-02091-PCP; 23-cv-02093-PCP

**ORDER RE: PLAINTIFFS' MOTION TO EXTEND BRIEFING SCHEDULE**

Plaintiffs move to extend briefing schedule on defendants' motion to exclude Dr. Hal Singer and Dr. Kevin Caves. The Court grants in part and denies in part plaintiffs' motion. Plaintiffs' opposition is due on or before **April 17, 2026**. Any reply by defendants is due 21 days after the filing of plaintiffs' opposition.

**IT IS SO ORDERED.**

Dated: March 16, 2026

P. Casey Pitts
United States District Judge